UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBALDO BOJORQUEZ-CARO,<br><br>　　　　Defendant-Petitioner,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | CASE NO. 14-CV-471 W<br>　　　　08-CR-3698<br><br>**ORDER DENYING MOTION FOR EARLY RELEASE UNDER 18 U.S.C. 3624 [DOC. 82]** |

Pending before the Court is Petitioner Ubaldo Bojorquez-Caro's motion to reduce his sentence "as a result of the Federal Prison Bureau Nonviolent Offender Relief Act of 2013." (M*t*. [Doc. 82], p.2.) But this Act has not been passed by Congress and thus is not a law. Petitioner's reliance on the Act is therefore misplaced. Accordingly, the Court **DENIES** the motion [Doc. 82].

**IT IS SO ORDERED.**

DATED: August 6, 2014

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　United States District Judge